[No. 1926-1. Division One. July 30, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN R. LILES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 60813, Peter K. Steere, J., entered September 19, 1972. *Affirmed* by unpublished opinion per James, J., concurred in by Swanson, C.J., and Callow, J.

[No. 2147-1. Division One. August 6, 1973.]

SUSAN JEAN VAN HORN, *Respondent*, v. RICHARD EUGENE VAN HORN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. D-22421, Nancy A. Holman, J., entered February 6, 1973. *Remanded* by unpublished opinion per Callow, J., concurred in by Farris and Williams, JJ.

[No. 1932-1. Division One. August 6, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. CLYDE M. RYDER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 61364, Peter K. Steere, J., entered September 27, 1972. *Affirmed* by unpublished opinion per Horowitz, J., concurred in by Farris and James, JJ.

[No. 630-3. Division Three. August 7, 1973.]

ENRIQUE GALVAN, *Appellant*, v. PROSSER PACKERS, INC., *et al.*, *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 25571, John T. Day, J., entered May 18, 1972. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.